UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK JAMES WARFIELD, | No. 2:17-cv-02544-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| CALIFORNIA ATTORNEY GENERAL'S OFFICE, et al., | |
| Defendants. | |

Plaintiff is a civil detainee at Napa State Hospital who, while detained in the Solano County Stanton Correctional Facility and proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 28, 2019, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 6.) Plaintiff has not filed objections to the Findings and Recommendations.

Although it appears from the file that Plaintiff's copy of the Findings and Recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to

///

1

keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).  Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 28, 2019 (ECF No. 6), are adopted in full; and

2. This action is DISMISSED as frivolous, without leave to amend.  28 U.S.C. § 1915A(b)(1); *see Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir. 1987).

IT IS SO ORDERED.

Dated: October 29, 2019

Troy L. Nunley
United States District Judge